**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No.    21-MJ-02321-LOUIS
      _____

UNITED STATES OF AMERICA

vs.

SANJAY JORN LATTIBEAUDIERE,

      **Defendant.**

_____ /

## CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    __Yes __x__ No

2.    Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __Yes __x__ No

3.    Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    __ Yes __x__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:    *Abbie D. Waxman*
       _____
       ABBIE D. WAXMAN
       ASSISTANT UNITED STATES ATTORNEY
       Florida Bar No. 109315
       99 NE 4th Street
       Miami, Florida 33132-2111
       Tel (305) 961-9240
       Fax (305) 530-7976
       Abbie.Waxman@usdoj.gov

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

SANJAY JORN LATTIBEAUDIERE,

**CRIMINAL COMPLAINT**

CASE NUMBER:  21-MJ-02321-LOUIS

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 15, 2021, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant, SANJAY JORN LATTIBEAUDIERE, did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, five hundred (500) grams or more of a mixture and substance containing cocaine, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(2); and did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, five hundred (500) grams or more of a mixture and substance containing cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

I further state that I am a Special Agent with Homeland Security Investigations, and that this complaint is based on the following facts:

On or about February 15, 2021, the defendant, SANJAY JORN LATTIBEAUDIERE, arrived at Miami International Airport aboard American Airlines Flight #1548 from Kingston, Jamaica. After U.S. Customs and Border Protection admitted him into the United States, the defendant presented himself and his luggage for examination. During a secondary examination, U.S. Customs and Border Protection Officers discovered a white powdery substance in the sole of a sandal and one (1) pellet of a white powdery substance concealed in a tennis shoe inside the defendant's luggage. After this discovery, the defendant admitted that he had swallowed additional pellets containing the same substance. The defendant was transported to Jackson Memorial Hospital where twenty-eight (28) pellets were subsequently recovered from the defendant's body. A field test of the white powdery substance found in the pellets proved positive for the presence of cocaine. After waiving his _Miranda_ rights, SANJAY JORN LATTIBEAUDIERE admitted to swallowing the pellets and that he was to be paid for the delivery of the pellets. The estimated weight of the pellets and the substance in the sandal, including the sandal was 920 grams.

GEOFFREY C. UDELL, SPECIAL AGENT
HOMELAND SECURITY INVESTGATIONS
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this ___19___ day of February 2021.

FEBRUARY 19, 2021                            at      Miami, Florida
Date                                                         City and State

LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                 Signature of Judicial Officer